# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RODNEY DAVIS,

    Plaintiff

v.

HIGH DESERT STATE PRISON, et al.,

    Defendants

Case No.: 3:24-cv-00518-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

The Attorney General's Office filed a status report regarding the results of the 90-day stay, which was returned as undeliverable, with a notation that Plaintiff is now housed at Northern Nevada Correctional Center (NNCC). (*See* ECF Nos. 14, 15.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: December 8, 2025

_____
Craig S. Denney
United States Magistrate Judge