AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY DAVIS, | Case No. 3:24-cv-00518-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| HIGH DESERT STATE PRISON, *et al.*, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

    Plaintiff, Rodney Davis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 2nd day of December 2025.

By: _A. f2.:_____
Rodney Davis (NDOC #76740)
*Plaintiff. Pro Se*

DATED this 2nd day of December 2025.
AARON D. FORD
Attorney General

By: _/s/ Jamie S. Hendrickson_____
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _12-29-2025_____